**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
YAN CHEN CHE,

                      Plaintiff/Petitioner,

-against-                              24 **CIVIL** 2793 (MKV)

                                              **<u>JUDGMENT</u>**

JOSEPH EDLOW, Director of U.S. Citizenship and
Immigration Services, KRISTI NOEM, Secretary of
U.S. Department of Homeland Security, and the
Director of USCIS Humanitarian Affairs Branch,

                      Defendant/Respondents.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 22, 2025, Plaintiff's claims are DISMISSED; accordingly, the case is closed.

**Dated:**  New York, New York

      September 22, 2025

                                                  **TAMMI M. HELLWIG**

                                                    **Clerk of Court**

                               **BY:**

                                                    **Deputy Clerk**